IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

| | |
|---|---|
| RONALD THOMAS, | CASE NO. 1:05 CV 0693 |
| Petitioner, | |
| | JUDGMENT ENTRY |
| -vs- | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having contemporaneously entered its Memorandum of Opinion and Order denying Mr. Thomas' petition for relief under 28 U.S.C. § 2255, hereby dismisses the matter with prejudice. Further, the Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c).

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE